**DENIED and Opinion Filed December 4, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01365-CV**

**IN RE CHARLES J. JAYROE, Relator**

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-55128-2013**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

Relator, who is proceeding pro se, filed a November 18, 2024 petition for writ of mandamus asking this Court to compel the trial court to promptly review all pending motions and making various other complaints regarding the proceedings below.

Relator filed a similar petition on November 8, 2024, which we denied for failing to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(g), (h), (j), (k)(1)(A); TEX. R. APP. P. 52.7(a). This re-filed petition likewise fails to comply with the Texas Rules of Appellate Procedure. *See id*. Therefore, we deny the petition.

Additionally, relator's separately filed record discloses unredacted sensitive data, including a minor's full name, in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9. Accordingly, we strike relator's separately filed record.

241365f.p05

/Craig Smith/
CRAIG SMITH
JUSTICE